**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00852-CR

### DWAYNE BURKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-71706-J**

## ORDER

The Court **GRANTS** appellant's February 21, 2014 second motion to extend time to file

his brief.  We **ORDER** appellant's brief filed as of the date of this order.


/s/     LANA MYERS
         JUSTICE